IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM SEYMOUR JONES,<br>      Petitioner,<br><br>    v.<br><br>SUPT. FOLINO, ET AL.,<br>      Respondents. | )<br>)<br>)<br>) Civil Action No. 06-1488<br>)<br>)<br>) |

ORDER

Petitioner has appealed the non-dispositive order, dated January 22, 2007, entered by United States Magistrate Judge Amy Reynolds Hay [document #34]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this __1ST__ day of ~~January~~ Feb, 2007, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, J.

cc:  The Honorable Amy Reynolds Hay,
     United States Magistrate Judge

     All parties of record