# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM SEYMOUR JONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-1488 |
| ) | Judge Gary L. Lancaster/ |
| Superintendent FOLINO; PENNSYL- ) | Magistrate Judge Amy Reynolds Hay |
| VANIA BOARD OF PROBATION AND ) | |
| PAROLE; and THE ATTORNEY ) | |
| GENERAL OF THE STATE OF ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Respondents ) | |

## MEMORANDUM ORDER

The Petition for Writ of Habeas Corpus (Petition) was referred to United States Magistrate Judge Amy Reynolds Hay for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges. The Magistrate Judge's Report and Recommendation (Dkt. [73]), filed on November 5, 2007, recommended that the Petition be denied in part as moot, in part as not ripe and in part for failure to exhaust. Service was made on the Petitioner at the his address of record at the time, and on counsel of record for the Respondents via CM-ECF. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1) (B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrate Judges, that they had ten (10) days to file any objections. After being granted an extension of time, Petitioner made various filings that objected to the Report. Dkt. Nos. [75], [76], [77], [79], [82], [83] and [84]. After careful review of the record in this case and Petitioner's various filings, none of the objections persuades the

Court that the Report's recommendation was wrong and none bears specific mention as most are adequately addressed in the Report itself. After *de novo* review of the pleadings and the documents in the case, together with the Report and Recommendation, and the Petitioner's various filings in objection to the Report, the following order is entered:

AND NOW, this 15th day of Dec, 2007,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Dkt. [73]) of Magistrate Judge Hay, filed November 5, 2007, is adopted as the opinion of the court.

_____
The Honorable Gary L. Lancaster
United States District Court Judge

cc: Hon. Amy Reynolds Hay
United States Magistrate Judge

William Seymour Jones
535-78-066
Federal Correctional Institute
PO Box 6000
Glenville, WV 26357

Linda J. Laub, Esq.
Scott A. Bradley, Esq.
via CM-ECF